FILED

In the United States District Court

For the Eastern District of Virginia     2010 SEP 28  A 10: 19

Alexandria Division     CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Leavon Z. Reeves

3313 10TH Place S.E. # 201

Washington, D.C. 20032

(202)612-0898

(202)373-0490

        V.        Civil Action No. 1:10CV1075-TSE/JFA

(1)  Owen & Sparrow, LLC, et al.
     10125 Richmond Hwy
     Lorton, Virginia 22079

     (202)541-5501

(2)  Two Rivers Law Group P.C.

     Mary Louise Kramer, Attorney

|

1508 Willow Lawn Drive Suite # 210

Richmond, Virginia 23230

(804)477-8643

(2) Elizabeth Mccubbins, Chartis Claims, Inc.

500 West Jefferson Suite 2200

Louisville KY 40202

(502)561-8779

## Brief Statement of Facts

I was injured June 26,2001 while working for Own & Sparrow Trucking LLC.. The company refused to file and accident report to the Virginia Workers Compensation commission or responded to the American International Insurance Company (Chartis Insurance) or to Fairfax Inova Hospital, who sent me to a Virginia Workers Compensation Orthopedic Doctor for degeneration of the L4,L5,S1 Spinal Injury, After I was awarded a life time medical award by the Governor of Virginia, and the American International Insurance Company because Owens & Sparrow failed to file an accident report after sixty four days, the company never filed an accident report.

The Virginia Workers Compensation Commission and the Virginia Appeals Court refuse to correct the error that the time statue of limitations never started to run because the company failed to file the accident report.

The Insurance Company tried to make a settlement but Virginia Workers Compensation Commission and Virginia Court of Appeals refused to correct the gross error.

I am requesting a Jury Trial in this matter.

And the Office of The President of The United States (Barack Obama), Staff sent me a response after I contacted their Office and instructed me to re-contact the Virginia Workers Compensation Commission. I was under the protection of the District of Columbia Vocational Disability Services (Human Services).

From June 26, 2001 until this date the fore-mentioned parties have been evading the fact of the error and continue to prejudice against me.

The relief I am requesting is to be payed twenty five hundred dollars a month, with three percent cost of living adjustments yearly for the remainder of my life or until retirement age. And to be paid twenty five hundred dollars for every month starting from June 2006 until the present, when I could no longer function in any employment statues.

Thank you far in advance for you urgently needed *help in* resolving this matter.

*Leavon Z. Reeves*
Leavon Z. Reeves     09-28-10

3313 10TH Place S.E. # 201

Washington, D.C. 20032

(202)612-0898

(202)373-0490